**ELIZABETH J. FOLEY**
NEVADA BAR 1509
ELIZABETH J. FOLEY LAWYER, LTD.
601 So. Rancho Drive, Suite A-1
Las Vegas, Nevada 89106
Phone: (702) 363-2323
Fax: (702)380-4035
Email: Efoleylawyer@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN and ERIC SAMBOLD,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII<br><br>Defendants. | CASE NO.: 2:14-cv-00879-MMD-NJK<br><br>NOTICE OF PENDENCY OF ACTION (LIS PENDENS) |

NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

PLEASE TAKE NOTICE that this action was commenced in the above-named court on June 5, 2014 by MAX RUHLMANN and ERIC SAMBOLD, against GLENN RULOFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and; DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, and is now pending.

The Complaint alleges claims affecting title to real property commonly known as 4781 B Kahiliholo Road, Kilauea, Kauai, Hawaii 96754, also know by its Tax Map Key Number (4) 5-2-017-024 CPR No. 0002.

Dated this 18 day of July, 2014.

ELIZABETH J. FOLEY
Attorney for Max Ruhlmann and Eric Sambold