1  **ELIZABETH J. FOLEY**
   NEVADA BAR 1509
2  ELIZABETH J. FOLEY LAWYER, LTD.
   601 So. Rancho Drive, Suite A-1
3  Las Vegas, Nevada 89106
   Phone: (702) 363-2323
4  Fax: (702)380-4035
   Email: Efoleylawyer@gmail.com
5  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MAX RUHLMANN and ERIC SAMBOLD, | CASE NO.: 2:14-cv-00879-RFB-NJK |
|---|---|
| Plaintiffs, | |
| v. | |
| GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII | APPENDIX TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS* |
| Defendants. | |

Pursuant to LR 10-3, Plaintiffs MAX RUHLMANN and ERIC SAMBOLD hereby submit their Appendix in Opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and *Forum Non Conveniens.*

TABLE OF CONTENTS

| EXHIBIT | DOCUMENT |
|---|---|
| RS1 | Email Rudolfsky to Ruhlmann September 9, 2011 |
| RS2 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS3 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS4 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS5 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS6 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS7 | Email Rudolfsky to Ruhlmann September 14, 2011 |

| RS8 | Email Rudolfsky to Ruhlmann September 14, 2011 |
|---|---|
| RS9 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS10 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS11 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS12 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS13 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS14 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS15 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS16 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS17 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS18 | Email Rudolfsky to Ruhlmann September 14, 2011 |
| RS19 | Email Rudolfsky to Ruhlmann September 26, 2011 |
| RS20 | Email Rudolfsky to Ruhlmann September 26, 2011 |
| RS21 | Namahana Plantation MLS #248049 Fact Sheet |
| RS22 | Namahana Plantation MLS #248049 Fact Sheet |
| RS23 | Namahana Plantation MLS #248049 Fact Sheet |
| RS24 | Namahana Plantation MLS #248049 Fact Sheet |
| RS25 | Namahana Plantation MLS #248049 Fact Sheet |
| RS26 | Email Rudolfsky to Ruhlmann September 30, 2011 |
| RS27 | Email Rudolfsky to Ruhlmann October 6, 2011 |
| RS28 | Email Rudolfsky to Ruhlmann December 20, 2011 |
| RS29 | Email Rudolfsky to Ruhlmann December 20, 2011 |
| RS30 | Email Rudolfsky to Ruhlmann December 20, 2011 |
| RS31 | Email Rudolfsky to Ruhlmann December 26, 2011 |
| RS32 | Email Rudolfsky to Ruhlmann December 28, 2011 |
| RS33 | Email Rudolfsky to Ruhlmann January 27, 2012 |
| RS34 | Email Sambold to Ruhlmann and Rudolfsky January 27, 2012 |
| RS35 | Email Sambold to Ruhlmann and Rudolfsky February 6, 2012 |
| RS36 | Email Sambold to Ruhlmann and Rudolfsky February 6, 2012 |
| RS37 | Email Rudolfsky to Sambold and Sambold to Harvey February 7, 2012 |

ELIZABETH J. FOLEY
LAWYER, LTD.
601 S. Rancho Drive, Suite A-1
Quail Park II
Las Vegas Nevada 89106
Phone: (702) 363-2323 ● Fax: (702) 380-4035

| | | |
|---|---|---|
| 1 | RS38 | Email between Ruhlmann and Rudolfsky February 22, 2012 |
| 2 | RS39 | Email between Ruhlmann and Rudolfsky February 22, 2012 |
| 3 | RS40 | Email between Ruhlmann and Rudolfsky February 23-25, 2012 |
| 4 | RS41 | Email between Ruhlmann and Rudolfsky February 25 - March 7, 2012 |
| 5 | RS42 | Plans for Ke Aloha page 1 |
| 6 | RS43 | Plans for Ke Aloha page 2 |
| 7 | RS44 | Email Sambold to Rudolfsky March 4-5, 2012 |
| 8 | RS45 | Email Rudolfsky to Sambold March 5, 2012 |
| 9 | RS46 | Email Ruhlmann to Rudolfsky March 9, 2012 |
| 10 | RS47 | Email Rudolfsky to Ruhlmann March 13, 2012 |
| 11 | RS48 | Email Sambold to Rudolfsky March 13, 2012 |
| 12 | RS49 | Plans for Ke Aloha Page 1 |
| 13 | RS50 | Plans for Ke Aloha Page 2 |
| 14 | RS51 | Plans for Ke Aloha Page 3 |
| 15 | RS52 | Plans for Ke Aloha Page 4 |
| 16 | RS53 | Plans for Ke Aloha Page 5 |
| 17 | RS54 | Plans for Ke Aloha Page 6 |
| 18 | RS55 | Plans for Ke Aloha Page 7 |
| 19 | RS56 | Email Rudolfsky to Ruhlmann March 14, 2012 |
| 20 | RS57 | Email Rudolfsky to Ruhlmann March 22, 2012 |
| 21 | RS58 | Email Rudolfsky to Ruhlmann and Sambold March 30, 2012 |
| 22 | RS59 | Email Rudolfsky to Ruhlmann and Sambold March 16, 2012 |
| 23 | RS60 | Email Rudolfsky to Ruhlmann and Sambold April 3, 2012, page 1 |
| 24 | RS61 | Email Rudolfsky to Ruhlmann and Sambold April 3, 2012, page 2 |
| 25 | RS62 | Email Rudolfsky to Ruhlmann and Sambold April 3, 2012, page 3 |
| 26 | RS63 | Email Rudolfsky to Ruhlmann and Sambold April 16, 2012 |
| 27 | RS64 | Email Rudolfsky to Ruhlmann and Sambold May 22, 2012 |
| 28 | RS65 | Email Rudolfsky to Ruhlmann and Sambold May 22, 2012 |
| | RS66 | Email Rudolfsky to Ruhlmann and Sambold May 23, 2012 |
| | RS67 | Email Rudolfsky to Ruhlmann and Sambold September 18-19, 2012 |

**ELIZABETH J. FOLEY**
LAWYER, LTD.
601 S. Rancho Drive, Suite A-1
Quail Park II
Las Vegas Nevada 89106
Phone: (702) 363-2323 ● Fax: (702) 380-4035

| | | |
|---|---|---|
| 1 | RS68 | Email Rudolfsky to Ruhlmann September 29, 2012 |
| 2 | RS69 | Mailing Envelope, Rudolfsky to Ruhlmann September 28, 2012 |
| 3 | RS70 | Ke Aloha Estate 2nd Qtr. Report September 30, 2012, page 1 |
| 4 | RS71 | Ke Aloha Estate 2nd Qtr. Report September 30, 2012, page 2 |
| 5 | RS72 | Ke Aloha Estate 2nd Qtr. Report September 30, 2012, page 3 |
| 6 | RS73 | Ke Aloha Estate 2nd Qtr. Report September 30, 2012, page 4 |
| 7 | RS74 | Blue Sky Electric Invoice dated August 29, 2012 |
| 8 | RS75 | Menehune Plumbing Invoice dated September 10, 2012 |
| 9 | RS75 | Online Business Registration from ehawaii.gov dated July 10, 2012 |
| 10 | RS76 | Ace Hardware receipt dated August 17, 2012 |
| 11 | RS77 | Home Depot receipts dated August 14 and 21, 2012 |
| 12 | RS78 | Sears and Costco receipts dated August 21 and 14, 2012 |
| 13 | RS79 | Home Depot, Costco and Ace Hardware receipts dated July 22 and 21, 2012 |
| 14 | RS80 | North Shore General Store and Walmart receipts dated July 26 and 22, 2012 |
| 15 | RS81 | Ke Aloha Estate 4th Qtr. Report dated March 31, 2013, page 1 |
| 16 | RS82 | Ke Aloha Estate 4th Qtr. Report dated March 31, 2013, page 2 |
| 17 | RS83 | Ke Aloha Estate 4th Qtr. Report dated March 31, 2013, page 3 |
| 18 | RS84 | Ke Aloha Estate 4th Qtr. Report dated March 31, 2013, page 4 |
| 19 | RS85 | Ke Aloha Estate 4th Qtr. Report dated March 31, 2013, page 5 |
| 20 | RS86 | Ke Aloha Estate 1st Qtr. Report dated July 1, 2013, page 1 |
| 21 | RS87 | Ke Aloha Estate 1st Qtr. Report dated July 1, 2013, page 2 |
| 22 | RS88 | Ke Aloha Estate 1st Qtr. Report dated July 1, 2013, page 3 |
| 23 | RS89 | Ke Aloha Estate 1st Qtr. Report dated July 1, 2013, page 4 |
| 24 | RS90 | Ke Aloha Estate 2nd Qtr. Report dated October 21, 2013, page 1 |
| 25 | RS91 | Ke Aloha Estate 2nd Qtr. Report dated October 21, 2013, page 2 |
| 26 | RS92 | Ke Aloha Estate 2nd Qtr. Report dated October 21, 2013, page 3 |
| 27 | RS93 | Ke Aloha Estate 2nd Qtr. Report dated October 21, 2013, page 4 |
| 28 | RS94 | Mailing Envelope Rudolfsky to Ruhlmann May 13, 2013 |
| | RS95 | Email Sambold to Ruhlmann and Rudolfsky March 18, 2014 |
| | RS96 | Email Sambold to Ruhlmann and Rudolfsky March 18, 2014 |

**ELIZABETH J. FOLEY**
LAWYER, LTD.
601 S. Rancho Drive, Suite A-1
Quail Park II
Las Vegas Nevada 89106
Phone: (702) 363-2323 ● Fax: (702) 380-4035

| RS97  | NRS 14.065 Amendment 1993 Statutes of Nevada page 1 |
|-------|------------------------------------------------------|
| RS98  | NRS 14.065 Amendment 1993 Statutes of Nevada page 1 |
| RS99  | Quit Claim Deed, Rudolfsky ownership of Las Vegas property, 9/13/00 |
| RS100 | Quit Claim Deed, Rudolfsky ownership of Las Vegas property, 5/15/08 |
| RS101 | Quit Claim Deed, Rudolfsky ownership of Las Vegas property, 3/10/14 |
| RS102 | Secretary of State sheet re: Ke Aloha LLC Dissolved |
| RS103 | Email Sambold to Rudolfsky dated March 18, 2013 |

**ELIZABETH J. FOLEY**
LAWYER, LTD.
601 S. Rancho Drive, Suite A-1
Quail Park II
Las Vegas Nevada 89106
Phone: (702) 363-2323 ● Fax: (702) 380-4035