OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589
E-mail: oatamoh@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
NATHAN R. HENDERSON, ESQ.
Nevada Bar No. 13145
E-mail: nhenderson@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD, <br><br> Plaintiffs, <br><br> v. <br><br> GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIM DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, <br><br> Defendants. | CASE NO.:    2:14-cv-00879-RFB-NJK <br><br> ERRATA TO EXHIBIT 1 (DECLARATION OF GLENN RUDOLFSKY) TO DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS* |

Defendant GLENN RUDOLFSKY ("Mr. Rudolfsky") ("Defendant") by and through his undersigned counsel, hereby submits his Errata to Exhibit 1 (Declaration of Glenn Rudolfsky) to Defendants' Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and *Forum Non Conveniens* (the "Reply") filed September 8, 2014 [Dkt. Nos. 23 and 23-1]. The personally signed signature page of Exhibit 1 was omitted from the filing [Dkt. No. 23-1]. This Errata corrects the Declaration of Glenn Rudolfsky by providing a personally signed copy of Exhibit 1 (Declaration of Glenn Rudolfsky) to Defendants' Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal

1 | Jurisdiction and *Forum Non Conveniens* attached hereto.

2 | DATED this 9th day of September, 2014.

**HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON**

*/s/ F. Thomas Edwards*
OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
NATHAN R. HENDERSON, ESQ.
Nevada Bar No. 13145
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 9th day of September, 2014, I caused the document entitled ERRATA TO EXHIBIT 1 (DECLARATION OF GLENN RUDOLFSKY) TO DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS*, to be served by electronically transmitting the document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Elizabeth J. Foley, Esq. – Efoleylawyer@gmail.com

*/s/ Norma S. Moseley*
AN EMPLOYEE OF HOLLEY, DRIGGS, WALCH,
  PUZEY & THOMPSON

10304-01/1382324.doc