# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN, et al., | |
| Plaintiff(s), | Case No. 2:14-cv-00879-RFB-NJK |
| vs. | ORDER |
| GLENN RUDOLFSKY, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's proposed discovery plan, which indicates that Defendants intend to seek a stay of discovery. *See* Docket No. 25. The Court hereby **DENIES** the discovery plan without prejudice. The Court further **ORDERS** that Defendants' motion to stay discovery must be filed no later than September 23, 2014. Any response must be filed no later than September 30, 2014, and any reply must be filed no later than October 6, 2014. The parties' briefing shall address the relevant standards applied in this district for motions to stay discovery pending resolution of a motion to dismiss for lack of personal jurisdiction. *See, e.g.*, *Kabo Tools Co. v. Porauto Indus. Co.*, 2013 U.S. Dist. Lexis 156928 (D. Nev. Oct. 31, 2013) (*Kabo Tools II*); *Kabo Tools Co.v. Porauto Indus. Co.*, 2013 U.S. Dist Lexis 53570 (D. Nev. Apr. 15, 2013) (*Kabo Tools I*).

IT IS SO ORDERED.

DATED: September 16, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge