# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN, et al., | Case No. 2:14-cv-0879-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 34) |
| GLENN RUDOLFSKY, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to lift the stay of discovery and for sanctions. Docket No. 34. The motion is predicated on Plaintiffs' contention that Defendants' attorney violated his ethical responsibilities by communicating directly with Plaintiff Eric Sambold. *See id.* at 2. The motion further indicates that an ethical complaint was filed with the bar and specifies the professional rules at issue. *See id.* at 2-3. However, the motion fails to cite any legal authority of any kind that court-ordered sanctions are properly imposed for the alleged conduct, and fails to explain the applicable standards for such a request. The Court declines to undertake that research and analysis itself. *See, e.g., U.S. Bank, N.A. v. Queen Victoria #1720-104 NV West Servicing, LLC*, 2014 U.S. Dist. Lexis 127395, *1 (D. Nev. Sept. 10, 2014). Accordingly, the motion to lift the stay of discovery and for sanctions is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: April 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge