OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589
E-mail: obrown@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD, <br><br> Plaintiffs, <br><br> v. <br><br> GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, <br><br> Defendants. | CASE NO.:   2:14-cv-00879-RFB-NJK <br><br> **SUBSTITUTION OF ATTORNEYS** |

GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII and KIM D. RUDOLFSKY AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII (collectively "Defendants"), Defendants in the above-entitled action, hereby substitute and appoint the law firm of HOWARD & HOWARD ATTORNEYS PLLC, Suite 1000 Wells Fargo Tower, 3800 Howard Hughes Parkway, Las Vegas, Nevada 89169, (702) 257-1483

. . .

. . .

. . .

. . .

11127-01/Motion to Substitute Attorneys

as its attorneys in the place and stead of the law firm of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON.

DATED this 12th day of October, 2015.

GLENN RUDOLFSKY

_____
Individually

KIM D. RUDOLFSKY

_____
Individually

HOUSE OF DREAMS HAWAII

By: _____
Its:

Ogonna M. Brown, Esq. hereby consents to the substitution of the law firm of HOWARD & HOWARD ATTORNEYS PLLC as attorneys for Defendants, GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII in place and stead of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON.

DATED this 13th day of October, 2015.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

_____
OGONNA M. BROWN, ESQ. (NBN 7589)
F. THOMAS EDWARDS, ESQ. (NBN 9549)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*

11127-01/Motion to Substitute Attorneys

- 2 -

The law firm of HOWARD & HOWARD ATTORNEYS PLLC hereby accepts substitution as attorneys for GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, Defendants for all purposes in the above-entitled action. I am duly admitted to practice in this district.

Dated this ___ day of October, 2015.

HOWARD & HOWARD ATTORNEYS PLLC

_____
JAY YOUNG, ESQ.
Nevada Bar No. 5562
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

Please check one: X RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: _____          _____
                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 13th day of October, 2015, I caused the document entitled **SUBSTITUTION OF ATTORNEYS,** to be served by electronically transmitting the document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Elizabeth J. Foley, Esq. – Efoleylawyer@gmail.com

and to the following, via United States Mail, at the below-listed address:

Jay Young, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

_____
Olivia Swibies, an employee of Holley Driggs
Walch Fine Wray Puzey & Thompson

11127-01/1582639.doc

- 4 -