OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589
E-mail: obrown@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD, | |
| Plaintiffs, | CASE NO.:   2:14-cv-00879-RFB-NJK |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, | |
| Defendants. | |

GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII and KIM D. RUDOLFSKY AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII (collectively "Defendants"), Defendants in the above-entitled action, hereby substitute and appoint the law firm of HOWARD & HOWARD ATTORNEYS PLLC, Suite 1000 Wells Fargo Tower, 3800 Howard Hughes Parkway, Las Vegas, Nevada 89169, (702) 257-1483

. . .

. . .

. . .

. . .

11127-01/Motion to Substitute Attorneys

as its attorneys in the place and stead of the law firm of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON.

DATED this 12th day of October, 2015.

GLENN RUDOLFSKY

_____
Individually

KIM D. RUDOLFSKY

_____
Individually

HOUSE OF DREAMS HAWAII

By: ~~_____~~
Its: ~~_____~~

Ogonna M. Brown, Esq. hereby consents to the substitution of the law firm of HOWARD & HOWARD ATTORNEYS PLLC as attorneys for Defendants, GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII in place and stead of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON.

DATED this 13th day of October, 2015.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

_____
OGONNA M. BROWN, ESQ. (NBN 7589)
F. THOMAS EDWARDS, ESQ. (NBN 9549)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*

11127-01/Motion to Substitute Attorneys

- 2 -

The law firm of HOWARD & HOWARD ATTORNEYS PLLC hereby accepts substitution as attorneys for GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, Defendants for all purposes in the above-entitled action. I am duly admitted to practice in this district.

Dated this ___ day of October, 2015.

HOWARD & HOWARD ATTORNEYS PLLC

JAY YOUNG, ESQ.
Nevada Bar No. 5562
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

Please check one: X RETAINED, or ____ APPOINTED BY THE COURT.

APPROVED:

DATED: October 13, 2015

United States Magistrate Judge

11127-01/Motion to Substitute Attorneys

- 3 -