# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN, et al., ) | |
| ) | Case No. 2:14-cv-00879-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER RE: MOTION TO WITHDRAW |
| vs. ) | |
| ) | (Docket No. 54) |
| GLENN RUDOLFSKY, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is Defendants' counsel's motion to withdraw. Docket No. 54. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on May 9, 2016, in Courtroom 3A. Defendants and Defendants' current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than April 18, 2016, Defendants' current counsel of record shall serve Defendants with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than April 25, 2016.

IT IS SO ORDERED.

DATED: April 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge