**HOWARD & HOWARD ATTORNEYS PLLC**
Jay Young, Esq.
Nevada Bar No. 5562
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-mail: jay@h2law.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN RUDOLFSKY, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIM DAPOLITO, individually, and DBA HOUSE OF DRAMS KAUAI and HOUSE OF DREAMS HAWAII,<br><br>Defendants. | Case No. 2;14-cv-00879-RFB-NJK<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANTS** |

Please take notice that Defendants Glenn Rudolfsky, individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii and Kim D. Rudolfsky a/k/a Kim Dapolito, individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii, hereby substitutes themselves, in place of Howard & Howard Attorneys PLLC, acting in propria persona, in this action. The contact information for the Defendants, pro se is as follows:

Glenn & Kim D. Rudolfsky
HOUSE OF DREAMS KAUAI and
HOUSE OF DREAMS HAWAII
2825 Shore Drive
Merrick, NY 11566
Telephone: (808) 755-5869
E-mail: skymick@mac.com

Page 1 of 3

DATED this 2 day of ~~April~~ May, 2016.

HOWARD & HOWARD ATTORNEYS PLLC

_____
Jay Young, Esq.
Nevada Bar No. 5562
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

### CONSENT TO SUBSTITUTION

Glenn Rudolfsky and Kim D. Rudolfsky do hereby accept the above and foregoing substitution of attorney for Defendants in the above-entitled matter.

DATED this 2 day of ~~April~~ May, 2016.

_____
GLENN RUDOLFSKY

_____
KIM D. RUDOLFSKY

## CERTIFICATE OF MAILING

Pursuant to NRCP 5(b), the undersigned hereby certifies that on May 3, 2016, a true and correct copy of **SUBSTITUTION OF ATTORNEY** was placed in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Elizabeth J. Foley, Esq.
Elizabeth J. Foley Lawyer, Ltd.
601 So. Rancho Drive, Suite A-1
Las Vegas, NV 89106

*Attorney for Plaintiffs*

_____
An employee of Howard & Howard, PLLC

Howard & Howard, Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483