**HOWARD & HOWARD ATTORNEYS PLLC**
Jay Young, Esq.
Nevada Bar No. 5562
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-mail: jay@h2law.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN RUDOLFSKY, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIM DAPOLITO, individually, and DBA HOUSE OF DRAMS KAUAI and HOUSE OF DREAMS HAWAII,<br><br>Defendants. | Case No. 2;14-cv-00879-RFB-NJK<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS** |

Please take notice that Defendants Glenn Rudolfsky, individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii and Kim D. Rudolfsky a/k/a Kim Dapolito, individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii, hereby substitutes themselves, in place of Howard & Howard Attorneys PLLC, acting in propria persona, in this action. The contact information for the Defendants, pro se is as follows:

Glenn & Kim D. Rudolfsky
HOUSE OF DREAMS KAUAI and
HOUSE OF DREAMS HAWAII
2825 Shore Drive
Merrick, NY 11566
Telephone: (808) 755-5869
E-mail: skymick@mac.com

Page 1 of 3

DATED this 2 day of ~~April~~ May, 2016.

HOWARD & HOWARD ATTORNEYS PLLC

_____
Jay Young, Esq.
Nevada Bar No. 5562
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

## CONSENT TO SUBSTITUTION

Glenn Rudolfsky and Kim D. Rudolfsky do hereby accept the above and foregoing substitution of attorney for Defendants in the above-entitled matter.

DATED this 2 day of ~~April~~ May, 2016.

_____
GLENN RUDOLFSKY

_____
KIM D. RUDOLFSKY

This motion to substitute is GRANTED.  The motions to withdraw as attorney (Docket Nos. 54, 55) are DENIED as moot.  The hearing set for May 9, 2016, is VACATED.

IT IS SO ORDERED.
Dated:  May 3, 2016

_____
United States Magistrate Judge