

**GLENN RUDOLFSKY**
**KIM RUDOLFSKY**
2825 Shore Drive
Merrick NY 11566
skymick@mac.com
Phone 516-377-6599
Fax 516-377-6599
Mobile 808-755-5869
*Defendants, Pro Se*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN AND ERIC SAMBOLD, | CASE NO.: 2:14-cv-00879-RFB-NJK |
| Plaintiffs, | |
| vs. | DEFENDANT'S MEMORANDUM REGARDING ORDER TO SHOW CAUSE FILED MAY 17, 2016 |
| GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIM DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII, | |
| Defendants. | |

## DEFENDANT'S MEMORANDUM REGARDING TO ORDER TO SHOW CAUSE

Defendants, *pro se*, Glenn Rudolfsky ("Mr. Rudolfsky") and Kim Rudolfsky ("Mrs. Rudolfsky") (collectively "Defendants"), hereby would like to respond to The Honorable U.S. Magistrate Judge Nancy J. Koppe's Order To Show Cause, Doc No 63.

On September 29th, 2015, Tom Edwards, our attorney, suggested we seek new representation. On Friday October 2nd, 2015, Mrs. Rudolfsky underwent a surgical procedure. For the following week she was on heavy medication while Defendants' were handling the transition from one attorney to the next. It was during that gap the 7-day period to schedule discovery expired. Being between counsel, Defendants' were unaware of this deadline. On October 8th we retained the counsel of Jay Young of Howard and Howard who reviewed our case and proceeded with a Motion To Dismiss pursuant to the Statute Of Frauds, and for failure to plead fraud with specificity. We relied on our Mr. Young to inform us of impending court

DEFENDANTS MEMORANDUM

informed by him that we had missed any. For that we humbly apologize and request the court not impose sanctions.  We do not live in Nevada and since Mr. Young has withdrawn from representing us in this case, we have not been receiving court notices.

As soon as the Defendants' realized that they weren't receiving court notices, Mr. Rudolfsky called the court and spoke with Ari Caytuero on Friday May 20th, 2016 to ask why we have not been receiving any documentation from the court. Upon his review he informed us he would be checking with Quality Control on Monday, May 23rd to look into a discrepancy. Ari said that an attorney named Robert Hernquist, an employee of Howard and Howard is listed as our counsel and all filings have been going to him, none of which have been forwarded to us. This is in contrast to the ORDER GRANTING Substitution, (Document No 61) signed on May 3rd, 2016. (See **Exhibit A**)

On May 11th 2016, we received an email form Debbie Skillin in which opposing counsel Liz Foley wrote the following. (See **Exhibit B**)

*Dear Mr. and Mrs. Rudolfsky,*

*I enclosed for your review and signature a proposed Discovery Plan. Please indicate your preferences and sign and return at your earliest opportunity. If I do not hear back from you by May 16th, I will submit Plaintiff's own Discovery Plan to the Court.*

The above email sent from Debbie Skillin did not contain the said attachment. We replied the next morning on May 12th informing her of the missing attachment and it was resent to us at 4:35PM on that same day.

As Elizabeth Foley requested, we responded on May 15th at 6:55PM HST with the following email. We also asked for her to contact our attorney in Hawaii, Katherine Caswell with the hope of entering into settlement talks. (See Exhibit C)

*Aloha Elizabeth,*

*Thank you for your email.*

*Given the pending dispositive motion regarding the statute of frauds, we think a stay would be*

DEFENDANTS MEMORANDUM

1   *appropriate.  The Supreme Court has long mandated that trial courts should resolve civil*
2   *matters fairly but without undue cost.  Brown Shoe Co. v. United States, 370 U.S. 294, 306*
    *(1962). As you know, discovery is expensive. Would you stipulate to a stay until the court*
3   *resolves the motion?*

4   *We remain open to settlement talks and would ask you to please contact Katherine Caswell,*
    *who is handling our Hawaii appeal.*
5
    *Katherine Caswell can be reached at:*
6
7   Attorney at Law
    4-831 Kuhio Hwy
8   Suite 438, PMB 349
    Kapa'a, HI 96746
9   Ph: (808) 255-6800
    Fax: (808) 441-0951
10  Email: mykauaiattorney@gmail.com

11
12  Elizabeth Foley did not set a deadline for a discovery plan, she simply stated "at your earliest

13  convenience".  We responded on May 15th, which was in accordance with her request. We asked

14  Elizabeth Foley if she would stipulate to a stay of discovery and she did not reply.

15          In light of the circumstances outlined above and given the burden of representing

16  ourselves Pro Se, we respectfully request to be granted a fair timeframe to prepare our Motion To

17  Stay Discovery.

18          While we the defendants feel our position is one of virtue and factuality, it is our desire to

19  negotiate a settlement or to mediate with the plaintiffs. Litigation is financially grueling, but the

20  even greater cost is the emotional burden this has placed on our lives and family. We pray the

21  plaintiffs also feel it would be in the best interest of all parties to explore a common ground and

22  work towards an amicable resolution
23
24      Dated this day of May 23rd, 2016.
25
26                                                  GLENN RUDOLFSKY
                                                    Defendant, *Pro Se*
27
28
                                                    KIM RUDOLFSKY
                                                    Defendant, *Pro S*

DEFENDANTS MEMORANDUM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 23rd day of May, 2016, I caused the

document entitled DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE, to be served

upon the following, *via* United States Mail, at the below-listed address:

Elizabeth J. Foley, Esq.
ELIZABETH J. FOLEY, LAWYER, LTD.
601 South Rancho Drive, Suite A-1
Las Vegas, Nevada 89106

*Attorney for Plaintiffs*

Dated this day of May 23rd, 2016.

GLENN RUDOLFSKY
Defendant, *Pro Se*

KIM RUDOLFSKY
Defendant, *Pro Se*

DEFENDANTS MEMORANDUM

# EXHIBIT A

1  **HOWARD & HOWARD ATTORNEYS PLLC**
2  Jay Young, Esq.
   Nevada Bar No. 5562
3  3800 Howard Hughes Pkwy., Suite 1000
   Las Vegas, NV 89169
4  Telephone: (702) 257-1483
   Facsimile: (702) 567-1568
5  E-mail: jay@h2law.com
6  *Attorneys for Defendants*

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  MAX RUHLMAN and ERIC SAMBOLD,        Case No.  2 ;14-cv-00879-RFB-NJK
10                                        **ORDER GRANTING**
                Plaintiffs,
11                                        **SUBSTITUTION OF ATTORNEY**
                                          **FOR DEFENDANTS**
12     vs.

13  GLENN RUDOLFSKY, individually, and DBA
    HOUSE OF DREAMS KAUAI and HOUSE OF
14  DREAMS HAWAII; KIM D. RUDOLFSKY,
    AKA KIM DAPOLITO, individually, and DBA
15  HOUSE OF DRAMS KAUAI and HOUSE OF
    DREAMS HAWAII,
16
17                Defendants.

18      Please take notice that Defendants Glenn Rudolfsky, individually, and d/b/a House of

19  Dreams Kauai and House of Dreams Hawaii and Kim D. Rudolfsky a/k/a Kim Dapolito,
20
21  individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii, hereby

22  substitutes themselves, in place of Howard & Howard Attorneys PLLC, acting in propria

23  persona, in this action. The contact information for the Defendants, pro se is as follows:

24      Glenn & Kim D. Rudolfsky
25      HOUSE OF DREAMS KAUAI and
        HOUSE OF DREAMS HAWAII
26      2825 Shore Drive
27      Merrick, NY  11566
        Telephone: (808) 755-5869
28      E-mail: skymick@mac.com

DATED this _2_ day of ~~April~~ May, 2016.

HOWARD & HOWARD ATTORNEYS PLLC

Jay Young, Esq.
Nevada Bar No. 5562
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169

## CONSENT TO SUBSTITUTION

Glenn Rudolfsky and Kim D. Rudolfsky do hereby accept the above and foregoing substitution of attorney for Defendants in the above-entitled matter.

DATED this _2_ day of ~~April~~ May, 2016.

GLENN RUDOLFSKY

KIM D. RUDOLFSKY

This motion to substitute is GRANTED.  The motions to withdraw as attorney (Docket Nos. 54, 55) are DENIED as moot.  The hearing set for May 9, 2016, is VACATED.

IT IS SO ORDERED.
Dated:  May 3, 2016

United States Magistrate Judge

Howard & Howard, Attorneys PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
(702) 257-1483

# EXHIBIT B

**ELIZABETH J. FOLEY**

FOLEY LAW CENTER

601 South Rancho Dr., Suite A-1

Quail Park II

Las Vegas, Nevada, 89106

Phone: (702) 363-2323 Facsimile: (702) 380-4035

Also admitted in Colorado & Washington, D.C.

May 10, 2016

*Via Priority Mail and email*

Glenn and Kim Rudolfsky
House of Dreams Kauai
House of Dreams Hawaii
2825 Shore Drive
Merrick, New York 11566

Re: Case No.: 2:14-cv-00879-RFB-NJK

Dear Mr. and Mrs. Rudolfsky,

I enclose for your review and signature a proposed Discovery Plan. Please indicate your preferences and sign and return at your earliest opportunity. If I do not hear back from you by May 16, 2016, I will submit Plaintiff's own Discovery Plan to the Court.

Thank you for your anticipated courtesy and cooperation. Please respond to efoleyparalegal@gmail.com.

Sincerely,

ELIZABETH J. FOLEY

DEFENDANTS MEMORANDUM

# EXHIBIT C

**From: Glenn Rudolfsky**                                                      Hide
**Subject:** Discovery                                                   Sent - iCloud
**Date:** May 15, 2016 6:55:21 PM HST
**To:** Debbie Skillin

---

Aloha Elizabeth,

Thank you for your email.

Given the pending dispositive motion regarding the statute of frauds, we think a stay would be appropriate.  The Supreme Court has long mandated that trial courts should resolve civil matters fairly but without undue cost.  Brown Shoe Co. v. United States, 370 U.S. 294, 306 (1962). As you know, discovery is expensive. Would you stipulate to a stay until the court resolves the motion?

We remain open to settlement talks and would ask you to please contact Katherine Caswell, who is handling our Hawaii appeal.

Katherine Caswell can be reached at:

Attorney at Law
4-831 Kuhio Hwy
Suite 438, PMB 349
Kapa'a, HI 96746
Ph: (808) 255-6800
Fax: (808) 441-0951
Email: mykauaiattorney@gmail.com

**With Aloha,**

*Glenn Rudolfsky*

MOBILE - 808.755.5869

DEFENDANTS MEMORANDUM



URGENT



US District Court
District Of Nevada
Clerks office
333 Las Vegas Bvd Suth
Las Vegas, NV 89101