**HOWARD & HOWARD ATTORNEYS PLLC**
Jay Young, Esq.
Nevada Bar No. 5562
Robert Hernquist, Esq.
Nevada Bar No. 10616
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV  89169
Telephone:  (702) 257-1483
Facsimile:  (702) 567-1568
E-mail: jay@h2law.com
         rwh@h2law.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN RUDOLFSKY, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIM DAPOLITO, individually, and DBA HOUSE OF DRAMS KAUAI and HOUSE OF DREAMS HAWAII,<br><br>Defendants. | Case No.   2:14-cv-00879-RFB-NJK<br><br>**AMENDED SUBSTITUTION OF ATTORNEY FOR DEFENDANTS** |

Please take notice that Defendants Glenn Rudolfsky, individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii and Kim D. Rudolfsky a/k/a Kim Dapolito, individually, and d/b/a House of Dreams Kauai and House of Dreams Hawaii, hereby substitutes themselves, in place of Howard & Howard Attorneys PLLC, acting in propria persona, in this action.  The contact information for the Defendants, pro se is as follows:

/ / /

/ / /

Glenn & Kim D. Rudolfsky
HOUSE OF DREAMS KAUAI and
HOUSE OF DREAMS HAWAII
2825 Shore Drive
Merrick, NY 11566
Telephone: (808) 755-5869
E-mail: skymick@mac.com

DATED this 23rd day of May, 2016.

HOWARD & HOWARD ATTORNEYS PLLC

*/s/ Jay Young*

Jay Young, Esq.
Nevada Bar No. 5562
Robert Hernquist, Esq.
Nevada Bar No. 10616
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

## CONSENT TO SUBSTITUTION

Glenn Rudolfsky and Kim D. Rudolfsky do hereby accept the above and foregoing substitution of attorney for Defendants in the above-entitled matter.

DATED this 23 day of May, 2016.

*/s/ Glenn Rudolfsky*
GLENN RUDOLFSKY

*/s/ Kim D. Rudolfsky*
KIM D. RUDOLFSKY

IT IS SO ORDERED.
Dated: May 25, 2016

_____
United States Magistrate Judge

Page 2 of 3