UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN, et al., | Case No. 2:14-cv-0879-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| GLENN RUDOLFSKY, et al., | |
| Defendant(s). | |

Pending before the Court is an order for the parties and counsel to show cause why they should not be sanctioned for failing to comply with the Court's order to file a discovery plan seven months ago. Docket No. 63. A response has been filed, indicating essentially that Plaintiffs had been attempting to conduct discovery during that period without success. Docket Nos. 66-67. Such contentions are inapposite to the issue before the Court. While no justification has been provided for failing to comply with a court order–let alone a substantial one–the Court will not impose monetary sanctions in this instance. Nonetheless, the Court **CAUTIONS** all parties and counsel that strict compliance with all court orders is required and future non-compliance with court orders or applicable rules of the Court may result in sanctions, up to and including case-dispositive sanctions. The order to show cause is otherwise **DISCHARGED**.

IT IS SO ORDERED.

DATED: May 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge