# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN, et al., <br>                 Plaintiff(s), <br> vs. <br> GLENN RUDOLFSKY, et al., <br>                 Defendant(s). | Case No. 2:14-cv-0879-RFB-NJK <br><br> ORDER <br><br> (Docket No. 65) |

Pending before the Court is a proposed discovery plan, Docket No. 65, which is hereby **DENIED**. *See* Local Rule 26-1(b) (discovery plans must state the calendar dates for the deadlines sought). The Court urges all parties to read the applicable local rules and the Court further expects a renewed proposed discovery plan will be filed in compliance with those rules. A renewed proposed discovery plan shall be filed no later than June 1, 2016.

IT IS SO ORDERED.

DATED: May 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge