ELIZABETH J. FOLEY
NEVADA BAR 1509
ELIZABETH J. FOLEY LAWYER, LTD.
601 So. Rancho Drive, Suite A-1
Las Vegas, Nevada 89106
Phone: (702) 363-2323
Fax: (702)380-4035
Email: Efoleylawyer@gmail.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN and ERIC SAMBOLD, | CASE NO.: 2:14-cv-00879-RFB-NJK |
| Plaintiffs, | |
| v. | |
| GLENN RUDOLFSKY, individually and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY, AKA KIMI DAPOLITO, individually; and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII | **DECLARATION OF ELIZABETH J. FOLEY** |
| Defendants. | |

1. Declarant is the counsel for the Plaintiffs Max Ruhlmann and Eric Sambold.

2. On July 5, 2016, Defendants third counsel, Valerie Del Grosso, telephoned me for a Discovery Conference.

3. I had served Requests for Production of Documents and Interrogatories on the Rudolfskys counsel on June 6, 2016.

4. The Defendants' counsel informed me during the Discovery Conference that she would be filing a Motion for Protective Order without first responding to the written discovery.

5. I informed counsel Del Grosso that my understanding of the local and Federal Rules of Procedure was that she needed to separately state her objections to the individual Interrogatories and Request for Production of Documents, and then we needed to discuss those objections individually in a discovery conference.

6. I do not believe that we had a meaningful Discovery Conference as contemplated by the local Rules and the unpublished opinion *FDIC v. 26 Flamingo, LLC.* (Case No. 2:11-cf-01936-JCM-NJK, June 10, 2013) on July 5, 2016.

7. I advised counsel Del Grosso that I was confident we could have a meaningful Discovery Conference after she responded to the Discovery and stated her objections individually to the Requests and Interrogatories.

8. A few days later, I received her Motions for Protective Order and for a Stay.

9. I declare under penalty of perjury that the foregoing statements contained in this Declaration are true and correct.

ELIZABETH J. FOLEY

Subscribed and sworn to me on this
25th day of July, 2016.

NOTARY PUBLIC

DEBRA SKILLIN
Notary Public State of Nevada
No. 13-11985-1
My Appt. Exp. Nov. 11, 2017

ELIZABETH J. FOLEY
LAWYER, LTD.
601 S. Rancho Drive, Suite A-1
Quail Park II
Las Vegas Nevada 89106
Phone: (702) 363-2323 ● Fax: (702) 380-4035