# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMANN, et al.,<br>          Plaintiff(s),<br>vs.<br>GLENN RUDOLFSKY,<br>          Defendant(s). | Case No. 2:14-cv-00879-RFB-NJK<br><br>ORDER<br><br>(Docket No. 91) |

Pending before the Court is an amended joint proposed discovery plan, filed on August 10, 2016. Docket No. 91. On June 2, 2016, the Court entered a scheduling order in this matter. Docket No. 75. The parties' present filing essentially asks the Court to extend certain deadlines set forth in that scheduling order. *See, e.g.*, Docket No. 91 at 2.

A scheduling order may be modified only for good cause and with the Court's consent. Fed.R.Civ.P. 16(b)(4). Requests to modify the Court's scheduling order must include: (1) a statement specifying the discovery completed; (2) a specific description of the discovery that remains to be completed; (3) the reasons why the remaining discovery was not completed within the time limits set by the discovery plan; and (4) a proposed schedule for completing all remaining discovery. *See* LR 26-4.

//

//

1     The parties' amended joint proposed discovery plan fails to comply with the requirements of
2 Local Rule 26-4. Accordingly, it is **DENIED**.
3     IT IS SO ORDERED.
4     DATED: August 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge