# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN, et al., <br><br>           Plaintiff(s), <br><br>vs. <br><br>GLENN RUDOLFSKY, et al., <br><br>           Defendant(s). | Case No. 2:14-cv-00879-RFB-NJK <br><br> ORDER <br><br> (Docket No. 94) |

      Pending before the Court is a renewed request by Plaintiffs to extend deadlines in the scheduling order by 77 days. *See* Docket No. 94; *see also* Docket No. 75 (currently operative scheduling order). The motion is predicated in significant part on summaries of representations made to United States District Judge Richard F. Boulware during an unrelated hearing, and representations of Judge Boulware's statements at that hearing. *See* Docket No. 94 at 2. A transcript of that hearing was not attached as Plaintiffs have not yet received it. *See id.* at 2 n.1. At this point, the motion is **DENIED** without prejudice. To the extent Plaintiffs wish to continue to rely on any statements made by Judge Boulware from the bench, any renewed motion shall attach the pertinent transcript and shall cite to the particular page being referenced.

      IT IS SO ORDERED.

      DATED: August 23, 2016

                                                                 _____ <br>
                                                                  NANCY J. KOPPE <br>
                                                                  United States Magistrate Judge