ELIZABETH J. FOLEY
NEVADA BAR 1509
ELIZABETH J. FOLEY LAWYER, LTD.
601 So. Rancho Drive, Suite A-1
Las Vegas, Nevada 89106
Phone: (702) 363-2323
Fax: (702)380-4035
Email: Efoleylawyer@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN and ERIC SAMBOLD, <br><br> Plaintiffs, <br><br> v. <br><br> GLENN RUDOLFSKY, individually and KIM D. RUDOLFSKY, individually; and HOUSE OF DREAMS KAUAI, INC., a New York Domestic Business Corporation <br><br> Defendants. | CASE NO.: 2:14-cv-00879-RFB-NJK <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT** |

It is hereby stipulated and agreed by and between counsel for the Plaintiffs, ELIZABETH J. FOLEY and counsel for Defendants, VALERIE DEL GROSSO, ESQ., that the Plaintiffs may have until October 20, 2016 to respond to KIM RUDOLFSKY'S Motion to Dismiss Amended Complaint.

...

...

...

...

...

...

...

...

1  (Doc. 101).  This is the first request for an extension of this date.

2  DATED this 20th day of September, 2016        DATED this 20th day of September, 2016

3  ELIZABETH J. FOLEY LAWYER, LTD.              DEL GROSSO LAW, LTD.

5  By: /s/ *Elizabeth Foley*                          By: /s/ *Valerie Del Grosso*
   ELIZABETH J. FOLEY                                  VALERIE DEL GROSSO, ESQ.
6  Nevada Bar No.:   1509                              Nevada Bar No.: 11103
   601 South Rancho Drive, Suite A-1                   2620 Regatta Drive #102
7  Las Vegas, NV 89106                                 Las Vegas, NV 89128
   Attorney for Plaintiffs                             Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

19  Respectfully submitted by:

21  By: /s/ *Elizabeth Foley*
    ELIZABETH J. FOLEY
22  Nevada Bar No.:   1509
    601 South Rancho Drive, Suite A-1
    Las Vegas, NV 89106
23  Attorney for Plaintiffs

**ELIZABETH J. FOLEY**
LAWYER, LTD.
601 S. Rancho Drive, Suite A-1
Quail Park II
Las Vegas Nevada 89106
Phone: (702) 363-2323 ● Fax: (702) 380-4035