UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN AND MAX SAMBOLD<br><br>Plaintiff<br><br>vs.<br><br>GLENN RUDOLFSKY, INDIVUDUALLY, AND KIM D.RUDOLFSKY, INDIVIDUALLY; AND HOUSE OF DREAMS KAUAI, INC.<br><br>Defendant | CLIENT FILE#:<br>CIVIL NUMBER: 2:14-CV-00879-RFB-NJK<br><br>DATE FILED: 09/13/2016<br>Job #: 30515<br>Court Date: |

## AFFIDAVIT OF ATTEMPTED SERVICE

State of New York: County of NASSAU ss:

I, GUY MAMMOLITI, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York.

That on 09/21/2016 at 7:45 AM at 2825 SHORE DRIVE, MERRICK, NY 11566, deponent attempted to serve the within **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT AND JURY DEMAND, CERTIFICATE OF SERVICE** on **HOUSE OF DREAMS KAUAI, INC.** therein named (the intended recipient).

ADDRESS: **2825 SHORE DRIVE, MERRICK, NY 11566** That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

09/17/2016 10:36 AM  No answer at the door. 2 cars in the driveway, white Ford Edge ENF-5335, silver Mini Cooper GRG-8362. Both NY Plates.
09/19/2016 06:55 PM  No answer at the door. The same 2 cars in the driveway.
09/21/2016 07:45 AM  No answer. Same cars in the driveway.

X _____
GUY MAMMOLITI

Sworn to before me on this 5th day of October 2016
JILL P KNATZ 01KN6283857
NASSAU County
Commission Expires JUNE 17, 2017

ALLIED LEGAL SERVERS, LTD. I 2116 MERRICK AVENUE SUITE 3009, MERRICK, NEW YORK, 11566 IP (516) 302-4744 IF (516) 302-4745 I L ICENSE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN AND MAX SAMBOLD<br><br>Plaintiff<br><br>vs.<br><br>GLENN RUDOLFSKY, INDIVUDUALLY, AND KIM D.RUDOLFSKY, INDIVIDUALLY; AND HOUSE OF DREAMS KAUAI, INC.<br><br>Defendant | CLIENT FILE#:<br>CIVIL NUMBER: 2:14-CV-00879-RFB-NJK<br><br>DATE FILED: 09/13/2016<br>Job #: 30706<br>Court Date: |

## AFFIDAVIT OF ATTEMPTED SERVICE

State of New York: County of NASSAU ss:

I, GUY MAMMOLITI, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York.

That on 10/10/2016 at 7:30 AM at 2825 SHORE DRIVE, MERRICK, NY 11566, deponent attempted to serve the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT AND JURY DEMAND, CERTIFICATE OF SERVICE on HOUSE OF DREAMS KAUAI, INC. therein named (the intended recipient).

ADDRESS: 2825 SHORE DRIVE, MERRICK, NY 11566 That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

10/05/2016 06:45 PM Spoke to a man through the closed door who said he was not Glenn, that Glenn was not home and that he could not be of help and walked away. The front door is glass with blinds, was able to see the shadow of the individual.
10/06/2016 01:05 PM No answer at the door. White Ford Edge and silver Mini Cooper in the driveway.
10/10/2016 07:30 AM No answer at the door. Same cars in the driveway.

x _____
GUY MAMMOLITI

Sworn to before me on this 12th day of October 2016
JILL P KNATZ 01KN6283857
NASSAU County
Commission Expires JUNE 17, 2017



ALLIED LEGAL SERVERS, LTD. I 2116 Merrick Avenue Suite 3009, Merrick, New York, 11566 IP (516) 302-4744 IF (516) 302-4745 IL icense #1345749