# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN, et al., | Case No. 2:14-cv-00879-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| GLENN RUDOLFSKY, et al., | (Docket No. 111) |
| Defendant(s). | |

Pending before the Court is a motion to continue the deposition of Kim Rudolfsky. Docket No. 111. Plaintiffs filed a response in opposition. Docket No. 114. The Court hereby **ORDERS** Ms. Rudolfsky to file, no later than noon on October 14, 2016, a declaration attesting to her the factual assertions made in the motion. The Court further **SETS** this motion for a telephonic hearing for 2:00 p.m. on October 14, 2016. <u>Ms. Rudolfsky must appear for that hearing.</u> Counsel and Ms. Rudolfsky shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: October 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge