# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN, et al., | Case No. 2:14-cv-00879-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| GLENN RUDOLFSKY, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant's motion for protective order or to quash subpoenas, filed on an emergency basis. Docket Nos. 127, 128. The Court hereby **ORDERS** Defendant to file a copy of the disputed subpoenas by 2:00 p.m. today, November 15, 2016. *Cf.* Local Rule 26-7(b). Plaintiffs shall file a response to the motion by 10:00 a.m. on November 16, 2016.

The Court further **SETS** a telephonic hearing on the motion for 8:30 a.m. on November 17, 2016. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

At the hearing, the Court will entertain argument on the motion generally. In addition, counsel shall be prepared to specifically address the following. First, whether the issues raised can be alleviated through the submission and issuance of a stipulated protective order. *See, e.g., Paws Up Ranch, LLC v. Green*, 2013 WL 6184940, at *4 (D. Nev. Nov. 22, 2013) (citing *In re Heritage Bond Litig.*, 2014 WL

1970058, at *5 n.12 (C.D. Cal. July 23, 2004)) (noting that privacy concerns regarding subpoenaed bank records could be sufficiently addressed through a stipulated protective order).  Second, whether (1) the law provides standing to a party to move to quash a subpoena based on a "personal right or privilege" in the documents sought and, if so, (2) whether a party has a "personal right or privilege" in his banking records.  *See Paws Up Ranch*, 2013 WL 6184940, at *2 (noting splits of authority on both issues). Third, whether the subpoenaed documents are duplicative of the bank records recently produced in redacted form by Defendant.

    IT IS SO ORDERED.

    DATED: November 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge