1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   MAX RUHLMAN, et al.,                     )
                                              )    Case No. 2:14-cv-00879-RFB-NJK
                            Plaintiff(s),     )
12                                            )
     v.                                       )    ORDER
13                                            )
     GLENN RUDOLFSKY, et al.,                 )
14                                            )
                            Defendant(s).     )
15   _____)

16        It appears that Docket No. 132 and exhibits thereto contain an account number.  The Court

17   thereby INSTRUCTS the Clerk's Office to seal Docket No. 132 and the exhibits thereto.  No later than

18   November 18, 2016, Plaintiffs shall file properly redacted copies of those documents on the docket.

19        IT IS SO ORDERED.

20        DATED: November 17, 2016

21                                            _____
                                             NANCY J. KOPPE
22                                           United States Magistrate Judge

23

24

25

26

27

28