ELIZABETH J. FOLEY
NEVADA BAR 1509
ELIZABETH J. FOLEY LAWYER, LTD.
601 So. Rancho Drive, Suite A-1
Las Vegas, Nevada 89106
Phone: (702) 363-2323
Fax: (702)380-4035
Email: Efoleylawyer@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN and ERIC SAMBOLD,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN RUDOLFSKY, individually and KIM D. RUDOLFSKY, individually; and HOUSE OF DREAMS KAUAI, INC., a New York Domestic Business Corporation<br><br>Defendants. | CASE NO.: 2:14-cv-00879-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO EMERGENCY OBJECTION TO MAGISTRATE ORDER** |

It is hereby stipulated and agreed by and between counsel for the Plaintiffs, ELIZABETH J. FOLEY and counsel for Defendants, VALERIE DEL GROSSO, ESQ., that the Plaintiffs may have until December 12, 2016 to respond to Defendants' Emergency Objection to Magistrate Order [Docket 134] on Motion to Enforce and Extend Protective Order [Docket 127], or in the Alternative,

...

...

...

...

...

...

to Quash Subpoenas Duces Tecum [Docket 128]. This is the first request for an extension of this date.

DATED this 7th day of December, 2016          DATED this 7th day of December, 2016

ELIZABETH J. FOLEY LAWYER, LTD.          DEL GROSSO LAW, LTD.

By: /s/ *Elizabeth Foley*
ELIZABETH J. FOLEY
Nevada Bar No.: 1509
601 South Rancho Drive, Suite A-1
Las Vegas, NV 89106
Attorney for Plaintiffs

By: /s/ *Valerie Del Grosso*
VALERIE DEL GROSSO, ESQ.
Nevada Bar No.: 11103
2620 Regatta Drive #102
Las Vegas, NV 89128
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: 12/9/16

Respectfully submitted by:

By: /s/ *Elizabeth Foley*
ELIZABETH J. FOLEY
Nevada Bar No.: 1509
601 South Rancho Drive, Suite A-1
Las Vegas, NV 89106
Attorney for Plaintiffs

- 2 -