Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
4974 S. Rainbow, Ste. 100
Las Vegas, NV 89118
(702) 900-1470
Fax: (702) 933-9260
Valerie@DelGrossoLaw.com
Attorney for Defendant Glenn Rudolfsky

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MAX RUHLMAN and ERIC SAMBOLD,

    Plaintiffs,

vs.

GLENN RUDOLFSKY, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY AKA KIM DAPOLITO, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII,

    Defendants.

Case No.: 2:14-cv-00879-RFB-NJK

**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF OBJECTION AND FOR DISCOVERY**
[first request]

It is hereby stipulated and agreed by and between counsel for Plaintiffs, ELIZABETH J. FOLEY, ESQ., and counsel for Defendants, VALERIE DEL GROSSO, ESQ., that the Defendants may have until January 4, 2017, to file their Reply in Support of Emergency Objection [Docket 138], and that Plaintiffs may have through January 4, 2017, to provided responses to Defendant Glenn Rudolfsky's Requests for Production of Documents to Plaintiff Max Ruhlmann.

///
///
///
///
///

This is the first request for extensions to the Court on these matters.

DATED this 22nd day of December, 2016.

ELIZABETH J. FOLEY LAWYER, LTD.               DEL GROSSO LAW, LTD.

_____               _____
ELIZABETH J. FOLEY, ESQ.                      VALERIE L. DEL GROSSO, ESQ.
Nevada Bar No. 1509                           Nevada Bar No. 11103
601 S. Rancho Drive, Suite A-1                4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89106                           Las Vegas, NV 89118

## ORDER

IT IS SO ORDERED on this __23rd__ day of December, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

_____
VALERIE DEL GROSSO, ESQ.
Nevada Bar No.11103
**DEL GROSSO LAW, LTD.**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Attorney for Defendants