# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES RUHLMANN, et al.,

        Plaintiff(s),

vs.

GLENN RUDOLFSKY, et al.,

        Defendant(s).

Case No. 2:14-cv-00879-RFB-NJK

ORDER

(Docket No. 176)

Pending before the Court is Plaintiffs' motion to extend various discovery deadlines, as well as the deadline for dispositive motions and for filing the joint proposed pretrial order. Docket No. 176. Defendants filed a response for the limited purpose of clarifying the record. Docket No. 177. The Court hereby **GRANTS** the motion to extend and **EXTENDS** deadlines as follows:

- Expert disclosures: June 12, 2017
- Discovery cutoff: July 11, 2017
- Dispositive motions: August 11, 2017
- Joint proposed pretrial order: September 11, 2017
- Rule 26(a)(3) pretrial disclosures: September 11, 2017

IT IS SO ORDERED.

DATED: March 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge