Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
4974 S. Rainbow, Ste. 100
Las Vegas, NV 89118
(702) 900-1470
Fax: (702) 933-9260
Valerie@DelGrossoLaw.com
Attorney for Defendant Glenn Rudolfsky

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAX RUHLMAN and ERIC SAMBOLD,

    Plaintiffs,

vs.

GLENN RUDOLFSKY, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII; KIM D. RUDOLFSKY AKA KIM DAPOLITO, individually, and DBA HOUSE OF DREAMS KAUAI and HOUSE OF DREAMS HAWAII,

    Defendants.

Case No.: 2:14-cv-00879-RFB-NJK

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO COMPEL AND FOR SANCTIONS [DOCKET 182]**
[first request]

It is hereby stipulated and agreed by and between counsel for Plaintiffs, ELIZABETH J. FOLEY, ESQ., and counsel for Defendants, VALERIE DEL GROSSO, ESQ., that the Defendants may have until May 11, 2017, to file their response to Plaintiffs' Motion to Compel and For Sanctions [Docket 182].

///
///
///
///
///

This is the first request for extensions to the Court on these matters.

DATED this 8th day of May, 2017.

ELIZABETH J. FOLEY LAWYER, LTD.

_____
ELIZABETH J. FOLEY, ESQ.
Nevada Bar No. 1509
601 S. Rancho Drive, Suite A-1
Las Vegas, NV 89106

DEL GROSSO LAW, LTD.

_____
VALERIE L. DEL GROSSO, ESQ.
Nevada Bar No. 11103
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118

**ORDER**

**DENIED.** *See* Local Rule IA 6-1(a) (stipulations for extensions must state the reasons for the stipulation requested)

IT IS SO ORDERED on this __8th__ day of May, 2017.

_____
United States Magistrate Judge

Respectfully submitted by:

_____
VALERIE DEL GROSSO, ESQ.
Nevada Bar No.11103
**DEL GROSSO LAW, LTD.**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Attorney for Defendants