# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MAX RUHLMAN, et al.,

                Plaintiff(s),

v.

GLENN RUDOLFSKY, et al.,

                Defendant(s).

Case No. 2:14-cv-00879-RFB-NJK

ORDER

(Docket No. 194)

      Pending before the Court is a counter-motion to compel, which lacks any points and authorities. Docket No. 194. Accordingly, that counter-motion is DENIED without prejudice. *See* Local Rule 7-2(d).

      IT IS SO ORDERED.

      DATED: May 12, 2017

                                            NANCY J. KOPPE
                                            United States Magistrate Judge