# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN, et al., | Case No. 2:14-cv-00879-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| GLENN RUDOLFSKY, et al., | (Docket No. 219) |
| Defendant(s). | |

Pending before the Court is Defendants' motion to extend deadlines. Docket No. 219. Plaintiffs filed a response, and Defendants filed a reply. Docket Nos. 220, 223. For good cause shown, the motion is **GRANTED** in part and **DENIED** in part, and the deadlines in the scheduling order are **EXTENDED** as follows:

- Initial expert disclosures: August 11, 2017
- Interim status report: August 11, 2017
- Rebuttal experts: September 11, 2017
- Discovery cutoff: October 9, 2017
- Dispositive motions: November 9, 2017
- Joint proposed pretrial order: December 8, 2017

**The Court urges counsel to attempt to reset their relationship, as it is clear that the animosity between them is hindering the advancement of this case.** *Cf.* Local Rule 1-1(c); Fed.R. Civ. P. 1. Moreover, this an old case, and it is time to get discovery completed. Counsel shall work

cooperatively to do so without unnecessary delays.  The Court will not look favorably on further requests for extension.

IT IS SO ORDERED.

DATED: June 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge