1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT

9                                            DISTRICT OF NEVADA

10   JAMES RUHLMANN, et al.,              )
                                          )          Case No. 2:14-cv-0879-RFB-NJK
11                      Plaintiff(s),     )
                                          )          ORDER
12   vs.                                  )
                                          )          (Docket Nos. 182, 212)
13   GLENN RUDOLFSKY, et al.,             )
                                          )
14                                        )
                        Defendant(s).     )
15   _____)

16           Pending before the Court is Plaintiffs' motion to compel and for sanctions.  Docket No. 182.

17   Defendants filed a response in opposition, and Plaintiffs filed a reply.  Docket Nos. 199, 206.  United States

18   District Judge Richard F. Boulware, II held a hearing on various motions on June 23, 2017.  It appears that

19   some of the issues addressed at that hearing may bear on the instant motion.  *E.g.*, Docket No. 199 at 2

20   (stating that issues regarding cancelled checks and bank information are pending review by the assigned

21   district judge).  Given that the landscape underlying this motion may have shifted since the motion was

22   filed, it is hereby **DENIED** without prejudice.

23           Because the Court is denying without prejudice the underlying motion to compel and for sanctions,

24   Defendants' motion for leave to file a sur-reply at Docket No. 212 is hereby **DENIED** as moot.

25           IT IS SO ORDERED.

26           DATED: June 27, 2017

27                                                    _____
                                                     NANCY J. KOPPE
28                                                   United States Magistrate Judge