Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
4974 S. Rainbow, Ste. 100
Las Vegas, NV 89118
(702) 900-1470
Fax: (702) 933-9260
Valerie@DelGrossoLaw.com
Attorney for Defendant Glenn Rudolfsky

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN and ERIC SAMBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN RUDOLFSKY, individually,; KIM D. RUDOLFSKY, individually; and HOUSE OF DREAMS KAUAI, INC., a New York Corporation,<br><br>Defendants. | Case No.: 2:14-cv-00879-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT**<br>[first request] |

It is hereby stipulated and agreed by and between counsel for Plaintiffs, ELIZABETH J. FOLEY, ESQ., and counsel for Defendants, VALERIE DEL GROSSO, ESQ., that the Defendants may have one additional day, until July 10, 2017, to file their responsive pleadings to Plaintiffs' Second Amended Complaint [Docket 227].

At hearing on June 23, 2017, the Court ordered a shortened filing schedule (seven days' each for Plaintiffs' amended complaint and Defendants' responsive pleadings and answers, counterclaims, and third party complaints).

Plaintiffs' counsel has agreed to the extension of one additional day for Defendants' response to allow for the July 4th holiday, and because Defense counsel out of town for one additional day (July 3rd), planned in advance.

///

///

///

Page 1

This is the first request for extensions to the Court on these matters.

DATED this 7th day of July, 2017.

ELIZABETH J. FOLEY LAWYER, LTD.    DEL GROSSO LAW, LTD.

___/s/ Elizabeth Foley, Esq. (with permission)    __/s/ Valerie Del Grosso, Esq._____
ELIZABETH J. FOLEY, ESQ.    VALERIE L. DEL GROSSO, ESQ.
Nevada Bar No. 1509    Nevada Bar No. 11103
601 S. Rancho Drive, Suite A-1    4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89106    Las Vegas, NV 89118

## **ORDER**

IT IS SO ORDERED on this  11th  day of July, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

__/s/ Valerie Del Grosso, Esq._____
VALERIE DEL GROSSO, ESQ.
Nevada Bar No.11103
**DEL GROSSO LAW, LTD.**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Attorney for Defendant