UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX RUHLMAN, et al., | Case No. 2:14-cv-00879-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| GLENN RUDOLFSKY, et al., | (Docket No. 197) |
| Defendant(s). | |

Pending before the Court is a motion to strike and for sanctions. Docket No. 197. Because it appears the rulings made by United States District Judge Richard F. Boulware, II, *see* Docket No. 232, may bear on the issues presented in this motion, the motion is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: July 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge