| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Hannah C. Irsfeld, Esq.<br>Nevada Bar No. 5376<br>Irsfeld & Associates, LLC<br>7251 W. Lake Mead Blvd., Suite 530<br>Las Vegas, Nevada 89128<br>hirsfeld@irsfeldlaw.com<br>(702) 734-0400<br>(702) 734-0441<br>*Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES RUHLMANN and ERIC SAMBOLD,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GLENN RUDOLFSKY, individually, KIM RUDOLFSKY, individually, and HOUSE OF DREAMS KAUAI, INC. a New York domestic business corporation,<br><br>　　　　　　Defendants. | CASE NO.:　　2:14-cv-00879-RFB-NJK<br><br>**Stipulation and Order to Extend Time to Respond to Motions to Lift Stay and Enforce Settlement Agreement [Dockets 245 and 246]** |
| GLENN RUDOLFSKY, individually, KIM D. RUDOLFSKY, individually, and HOUSE OF DREAMS KAUAI, INC., a New York Domestic Business Corporation,<br><br>　　　　　　Counter-Claimants,<br><br>vs.<br><br>ERIC SAMBOLD, individually and as trustee for the Eric Sambold Trust; JAMES RUHLMANN, individually; DOES I-X; ROES I-X.<br><br>　　　　　　Counter-Defendants. | |
| GLENN RUDOLFSKY, individually, KIM D. RUDOLFSKY, individually, and HOUSE OF DREAMS KAUAI, INC., a New York Domestic Business Corporation,<br><br>　　　　　　Third-party Plaintiffs,<br><br>vs.<br><br>ANA SAMBOLD, individually; JOHN BREBBIA, individually; MAC RENTALS, INC., a California corporation,<br><br>　　　　　　Third-party Defendants. | |

- 1 -

It is hereby stipulated and agreed by and between counsel for Plaintiffs, Hannah C. Irsfeld, Esq., and counsel for Defendants, Valerie Del Grosso, Esq., that the Plaintiffs may have until January 5, 2018, to file their responses to Defendants Motions to Lift Stay and to Enforce Settlement Agreement [Docket 245 and Docket 246].

DATED this 29th day of December, 2017.

/s/ *Valerie Del Grosso*  /s/ *Hannah C. Irsfeld*
Valerie Del Grosso, Esq.  Hannah Irsfeld, Esq.
Del Grosso Law, Ltd.  Irsfeld & Associates, LLC
4974 S. Rainbow Blvd., Suite 100  7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89118  Las Vegas, Nevada 89128
(702) 900-1470  (702) 734-0400
Attorney for Defendants/Counterclaimants  Attorney for Plaintiffs/Counterdefendants

**ORDER**

It is so ordered.

_____
United States District Judge

Date: January 2, 2018

Submitted by:

Hannah C. Irsfeld, Esq.
Nevada Bar No. 5376
Irsfeld & Associates, LLC
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128
hirsfeld@irsfeldlaw.com
*Counsel for Plaintiffs*