Hannah C. Irsfeld, Esq.
Nevada Bar No. 5376
Irsfeld & Associates, LLC
2400 South Cimarron Road, Suite 140
Las Vegas, NV 89117
(702) 734-0400
(702) 734-0441 Fax
hirsfeld@irsfeldlaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN and ERIC SAMBOLD, <br><br> Plaintiffs, <br><br> vs. <br><br> GLENN RUDOLFSKY, individually, KIM RUDOLFSKY, individually, and HOUSE OF DREAMS KAUAI, INC., a New York domestic corporation, <br><br> Defendants. <br><br> *Et al.* | Case No.: 2:14-cv-00879-RFB-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS** |

As outlined in the Joint Status Report filed contemporaneously herewith (Doc 253), the parties hereby stipulate and agree to stay all deadlines and filing requirements until March 1, 2018, pending the parties' efforts to effectuate a global resolution of this matter.

The parties submit this stipulation in accordance with their July 31, 2017 global agreement to resolve this matter and their January 4, 2018 agreement on the completion of certain terms required to effectuate the July 31, 2017 agreement. The parties' agreements are subject to certain terms and documentation, including confidentiality except as necessary for Defendants' financing and further court proceedings. The parties agreed they would not dismiss their claims pending completion of the terms of the resolution in the event of non-compliance, which they agree will occur by February 15, 2018. These terms include Defendants' obtaining financing with a third party; the execution of further documentation as may be required by the Court or the settlement agreement and Plaintiffs'

Page 1

cooperation in providing information requested by Defendants' lender; Plaintiffs' execution of a Request for Verification of Mortgage form; the parties' agreement on a final draft of a settlement and release agreement showing that the settlement fully satisfies the mortgage recorded by Eric Sambold Trust; Defendants' dismissal of their third party complaint (Doc 230) and withdrawal of their motions to lift stay and enforce settlement agreement and for attorney's fees (Docs 245 and 246); a lump sum payment by Defendants; and, the execution of any documentation required to request and effectuate a stay of these proceedings pending documentation of the terms required.

Consequently, the parties respectfully request this Court order a stay of all pending deadlines and filings in this matter until March 1, 2018.

DATED this 5th day of January, 2018.

/s/Hannah C. Irsfeld
Hannah C. Irsfeld, Esq.
Nevada Bar No. 5376
Irsfeld & Associates, LLC
2400 South Cimarron Road, Suite 140
Las Vegas, NV 89117
*Counsel for Plaintiffs*

/s/ Valerie Del Grosso
Valerie L. Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
*Counsel for Defendants*

## ORDER

IT IS SO ORDERED on this __25th__ day of January 2018.

RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

/s/Hannah C. Irsfeld
Hannah C. Irsfeld, Esq.
Nevada Bar No. 5376
2400 South Cimarron Road, Suite 140
Las Vegas, NV 89117
*Counsel for Plaintiffs*