Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
6787 W. Tropicana Ave., Suite 120A
Las Vegas, NV 89103
702-900-1470
Fax: 702-933-9260
valerie@delgrossolaw.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RUHLMANN and ERIC SAMBOLD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GLENN RUDOLFSKY, individually, KIM RUDOLFSKY, individually, and HOUSE OF DREAMS KAUAI, INC., a New York domestic corporation,<br><br>　　　　Defendants. | Case No.: 2:14-cv-00879-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| GLENN RUDOLFSKY, individually, KIM D. RUDOLFSKY, individually, and HOUSE OF DREAMS KAUAI, INC., a New York Domestic Business Corporation,<br><br>　　　　Counter-Claimants,<br><br>vs.<br><br>ERIC SAMBOLD, individually and as trustee for the Eric Sambold Trust; JAMES RUHLMANN, individually; DOES I-X; ROES I-X.<br><br>　　　　Counter-Defendants. | |

　　　　PLAINTIFFS/COUNTER-DEFENDANTS JAMES RUHLMANN and ERIC SAMBOLD, and DEFENDANTS/COUNTER-CLAIMANTS GLENN RUDOLFSKY, KIM RUDOLFSKY, and HOUSE OF DREAMS KAUAI, INC., all through their respective counsel, hereby stipulate and agree, pursuant to

1  Fed. R. Civ. P. 41(a)(2), that the above-captioned matter should be **dismissed with prejudice** by order of
2  this Court.
3     This Stipulation and Order for Dismissal is executed as part of an out-of-court settlement between
4  the parties and of which the Court was notified on or about August 11, 2017. Pursuant to the settlement
5  agreement, each party is to bear its own fees and costs.
6     DATED this 14th day of March, 2018.

_/Hannah Irsfeld, Esq./_____      ___/Valerie Del Grosso, Esq./_____
Hannah C. Irsfeld, Esq.                        Valerie L. Del Grosso, Esq.
Nevada Bar No. 5376                            Nevada Bar No. 11103
Irsfeld & Associates, LLC                      Del Grosso Law, Ltd.
2400 South Cimarron Road, Suite 140            6787 W. Tropicana Ave., Suite 120A
Las Vegas, NV 89117                            Las Vegas, NV 89103
*Counsel for Plaintiffs*                       *Counsel for Defendants*

### ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the same and, good cause having been shown,

IT IS SO ORDERED that the above-captioned matter is dismissed with prejudice with each party bearing its own fees and costs.

DATED this __17th__ day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

_/Valerie Del Grosso/_____
Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
702-900-1470
valerie@delgrossolaw.com
Attorney for Defendants